```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
KAYENAT FARAH et al.,                                       :
                                                            :
                              Plaintiffs,                   :
                                                            :       21-CV-5786 (VSB)
                    -against-                               :
                                                            :              ORDER
EMIRATES et al.,                                            :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

I am in receipt of the parties' joint letter, dated September 10, 2021, regarding some issues related to service in this case. (Doc. 32.) Accordingly, it is hereby:

ORDERED that I adopt Plaintiffs' proposal set out at Document 32, meaning that Defendants Emirates and Emirates Severance Plan shall respond concurrently to Plaintiffs' complaint. As such, both Defendants are directed to answer or otherwise respond to Plaintiffs' complaint on or before September 20, 2021. (*See* Doc. 31.)

IT IS FURTHER ORDERED that, given the representations made at Document 32, Plaintiffs are prohibited for moving for a default judgment against either Defendant at this time. To the extent my determination changes on this issue, I will inform the parties.

SO ORDERED.

Dated:  September 14, 2021
        New York, New York

_____
VERNON S. BRODERICK
United States District Judge