**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:   9/16/2024
```

KAYENAT FARAH, et al.,

                                        Plaintiffs,                    **21-CV-05786 (LTS)(SN)**

                        -against-                                      **ORDER**

EMIRATES, et al.,

                                        Defendants.

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        Plaintiffs filed a letter motion for a discovery conference. ECF No. 80. In light of the

Defendants' representations of their ongoing efforts and interest in resolving any outstanding

issues without judicial intervention, the parties are ordered to continue to cooperate in the

exchange of discovery.

        A conference is scheduled for Wednesday, September 25, 2024, at 10:00 a.m. in

Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York to

address any outstanding discovery disputes. The parties may request to adjourn the conference if

the issues are resolved.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:        September 16, 2024
              New York, New York