UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/24/2024
```

KAYENAT FARAH, et al.,

                              Plaintiffs,                       21-CV-05786 (LTS)(SN)

           -against-                                           **ORDER**

EMIRATES, et al.,

                              Defendants.

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       The conference scheduled for Wednesday, September 25, 2024, is RESCHEDULED for Friday, September 27, 2024, at 10:30 a.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. The parties may request to adjourn the conference if the issues are resolved.

**SO ORDERED.**

                                                                      SARAH NETBURN
                                                                      United States Magistrate Judge

DATED:     September 24, 2024
                  New York, New York