UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

KAYENAT FARAH, JOSEPH CAMMARATA, CHARLOTTES ARMSTRONG, and VIOLET SIMPSON, on behalf of themselves and others similarly situated,

                       Plaintiffs,

       -against-

EMIRATES and EMIRATES SEVERANCE PLAN,

                       Defendants.
-----------------------------------------------------------------X

21-CV-05786 (LTS)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      On September 27, 2024, the parties appeared for a discovery conference. The parties are ordered to file a joint status letter no later than November 15, 2024, providing the Court with a brief update on the status of discovery and a reasonable proposal for a timeline to complete discovery.

**SO ORDERED.**

                                             SARAH NETBURN
                                             United States Magistrate Judge

DATED:     New York, New York
                October 31, 2024