UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

KAYENAT FARAH, JOSEPH CAMMARATA, CHARLOTTES ARMSTRONG, and VIOLET SIMPSON, on behalf of themselves and others similarly situated,

                            Plaintiffs,

          -against-

EMIRATES and EMIRATES SEVERANCE PLAN,

                           Defendants.

------------------------------------------------------------X

21-CV-05786 (LTS)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      On April 16, 2025, Plaintiffs filed a letter motion to compel and request for an informal discovery conference. ECF No. 96. Defendants shall file any letter response by April 21, 2025. The parties are ordered to appear for a discovery conference on Wednesday, April 23, 2025, at 11:30 a.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. If this date is unavailable for any party, they must contact Courtroom Deputy Diljah Shaw immediately at Diljah_Shaw@nysd.uscourts.gov.

**SO ORDERED.**

                                                                SARAH NETBURN
                                                                United States Magistrate Judge

DATED:    New York, New York
               April 16, 2025