UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:    4/23/2025
```

KAYENAT FARAH, JOSEPH CAMMARATA,
CHARLOTTES ARMSTRONG, and VIOLET
SIMPSON, on behalf of themselves and others
similarly situated,

                                        Plaintiffs,                    21-CV-05786 (LTS)(SN)

                 -against-                                             **ORDER**

EMIRATES and EMIRATES SEVERANCE
PLAN,

                                        Defendants.
------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       As stated on the record, Plaintiffs' motion to compel discovery is DENIED in part. The

parties are ORDERED to meet and confer to determine whether Defendants have produced

sufficient discovery with respect to Emirates's decision to return employee salaries to their pre-

pandemic rates (Document Request No. 6). Plaintiffs' motion to compel discovery related to

corporate sponsorships or in-flight amenities is denied with prejudice. Plaintiffs' motion to

compel discovery from His Highness Sheikh Ahmed Bin Saeed Al Makroum and Abdulaziz Al

Ali is denied without prejudice to refiling if warranted by the discovery.

       The Clerk of Court is requested to terminate the motions at ECF Nos. 98 and 100.

**SO ORDERED.**

                                              SARAH NETBURN
                                              United States Magistrate Judge

DATED:    New York, New York
          April 23, 2025